```
    UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 06 B 09731
    TIMOTHY M BYCZEK
    KIMBERLY A BYCZEK                            CHAPTER 13

                                                 JUDGE: BRUCE W BLACK

            Debtor
    SSN XXX-XX-5009     SSN XXX-XX-2668


-----------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 08/10/06 and confirmed on 02/27/07.

    2.  The case was dismissed after confirmation, 04/04/2008.

    3.  The Debtor paid a total of $  52950.58 .

    4.  The Trustee made disbursements to creditors as follows:


-----------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
-----------------------------------------------------------------------------
COUNTRYWIDE FINANCIAL      CURRENT MORTG    37904.92             .00       37904.92
COUNTRYWIDE FINANCIAL      MORTGAGE ARRE     5724.87             .00            .00
AQUA FINANCE               SECURED           1500.00           64.17         534.85
CITIZENS BANK              SECURED VEHIC    11901.02         1031.20        4158.47
NUVELL CREDIT COMPANY LL   SECURED VEHIC    13550.00         1178.33        4681.52
ARCHER HEIGHTS CREDIT UN   SPECIAL CLASS     6108.44             .00            .00
ECAST SETTLEMENT CORPORA   UNSECURED          646.40             .00            .00
US DEPARTMENT OF EDUCATI   UNSECURED         7038.03             .00            .00
PREMIER BANKCARD/CHARTER   UNSECURED          624.69             .00            .00
SPRINT NEXTEL              UNSECURED         1003.83             .00            .00
RESURGENT CAPITAL SERVIC   UNSECURED         1698.15             .00            .00
ECAST SETTLEMENT CORPORA   UNSECURED          532.21             .00            .00
WESGLEN MASTER ASSOCIATI   SECURED            797.83           95.88         251.82
NUVELL CREDIT COMPANY LL   UNSECURED         9890.78             .00            .00
AQUA FINANCE               UNSECURED         3569.52             .00            .00
ROUNDUP FUNDING LLC        UNSECURED          831.43             .00            .00
            Summary of disbursements:
-----------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED      OTHER          TOTAL

TOTAL CLMS ALLOWED   71378.64          .00    31943.48         .00      103322.12
PRINCIPAL PAID       47531.58          .00         .00         .00       47531.58
INTEREST PAID         2369.58          .00         .00         .00        2369.58
TOTAL PAID           49901.16          .00         .00         .00       49901.16
The Debtor's attorney, PETER FRANCIS GERACI           , was allowed $    3000.00
and was paid $    200.00   direct and $      .00  through the plan.

The Trustee received $   2226.72 .

Refunds to the Debtor totaled $     822.70 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 07/23/08                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE